UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARILYN STOLTZ**                                                                 **PLAINTIFF**

V.                                                                        CIVIL ACTION NO.1:07CV379 LTS-RHW

**STATE FARM FIRE AND CASUALTY COMPANY**
**and FELICIA CRAFT-PALMER, ET AL.**                          **DEFENDANTS**

<u>ORDER</u>

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's motion [8] to remand is **GRANTED**;

That the plaintiff's motion [15] for entry of an order of remand is hereby **DENIED** as moot;

That this action is **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the actions necessary to return this case to the court from which it was removed;

That all other pending motions are **DENIED WITHOUT PREJUDICE** for lack of subject matter jurisdiction under 28 U.S.C. §1332.

**SO ORDERED** this 14th day of May, 2008.

                                                                 s/ <u>L. T. Senter, Jr.</u>
                                                                 L. T. SENTER, JR.
                                                                 SENIOR JUDGE